

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MARICEL FORTEZA, Pro-se**<br>Plaintiff,<br><br>v.<br><br>**Vehicle Service Department, JCHW, Inc.,**<br>**James Blakey, Matrix Financial Services,**<br>**LLC, Sing For Service, LLC DBA**<br>**MEPCO**<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 5 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

3 - 23CV0874-L

## PLAINTIFF'S ORIGINAL COMPLAINT

### PARTIES

1. The Plaintiff is Maricel Forteza and natural person and was present in Texas for all calls in this case in Dallas County.

2. Vehicle Service Department is an unknown entity that will be revealed during discovery and is listed in the Vehicle Service Contract as the seller with an address of 6789 Quail Hill Pkwy, Suite 722, Irvine, CA 92603.

3. JCHW, Inc. is an active California corporation that can be served at the address 6789 Quail Hill Pkwy, Suite 722, Irvine, CA 92603.

4. James Blakey is an individual with a current known address at 1416 Synergy, Irvine, CA 92614.

5. Matrix Financial Services, LLC is a Delaware corporation registered in Texas as Matrix Capital Services, LLC that can be served via registered agent, United

Corporate Services, Inc. at the address 815 Brazos Street Ste. 500, Austin, TX 78701.

6. Sing For Service, LLC DBA MEPCO is an active Illinois corporation and can be served via registered agent, Illinois Corporation Service Company at the address 801 Adlai Stevenson Dr. Springfield, IL 62703.

## JURISDICTION AND VENUE

7. **Jurisdiction.** This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. Mims v. Arrow Fin. Servs., LLC, 565 U.S. 368, 372 (2012). This Court has supplemental subject matter jurisdiction over Plaintiff's claim arising under Texas Business and Commerce Code 305.053 because that claim: arises from the same nucleus of operative fact, i.e., Defendants' telemarketing robocalls to Plaintiff; adds little complexity to the case; so it is unlikely to predominate over the TCPA claims.

8. **Personal Jurisdiction.** This Court has general personal jurisdiction over the Defendants because they have repeatedly placed calls to Texas residents, and derived revenue from Texas residents, and they sell goods and services to Texas residents, including the Plaintiff. Matrix Financial Services, LLC is an active corporation registered in Texas as Matrix Capital Services LLC and is operating in Texas.

9. This Court has specific personal jurisdiction over the defendants because the calls at issue were sent by or on behalf of Defendants.

10. **Venue.** Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the calls and sale of goods and services directed at Texas residents, including the Plaintiff—occurred in this District and because the Plaintiff resides in this District. Residing in the Northern

District of Texas when she received a substantial if not every single call from the Defendants that are the subject matter of this lawsuit.

11. This Court has venue over the Defendants because the calls at issue were sent by or on behalf of the above named Defendants to the Plaintiff who is a Texas resident.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991
## 47 U.S.C. § 227

12. In 1991, Congress enacted the TCPA in response to a growing number of consumer complaints regarding telemarketing and to regulate the explosive growth of the telemarketing industry.  In doing so, Congress recognized that "[u]nrestricted telemarketing... can be intrusive invasion of privacy[.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

13. The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

14. The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or order" of the Federal Communication Commission ("FCC"). 47 U.S.C. § 227(b)(1)(B).

15. The TCPA provides a private cause of action to persons who receive calls in violation

of 47 U.S.C. § 227(b). 47 U.S.C. § 227(b)(3).

16. Separately, the TCPA bans making telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).[1]

17. The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

18. According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient.

19. The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

20. In 2013, the FCC required "prior express written consent" for all autodialed or prerecorded telemarketing calls ("robocalls") to wireless numbers and residential lines. In particular:[A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1) received "clear and conspicuous disclosure" of the consequences of providing the requested consent, i.e., that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates.

---

[1] See Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

In addition, the written agreement must be obtained "without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service."

21. In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks omitted). FCC regulations "generally establish that the party on whose behalf a solicitation is made bears ultimate responsibility for any violations." In the Matter of Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

22. The FCC confirmed this principle in 2013, when it explained that "a seller … may be held vicariously liable under federal common law principles of agency for violations of either section 227(b) or section 227(c) that are committed by third-party telemarketers." In the Matter of the Joint Petition Filed by Dish Network, LLC, 28 FCC Rcd. 6574, 6574 ¶ 1 (2013).

23. Under the TCPA, a text message is a call. Satterfield v. Simon & Schuster, Inc., 569 F.3d 946, 951 – 52 (9th Cir. 2009).

24. A corporate officer involved in the telemarketing at issue may be personally liable under the TCPA. E.g., Jackson Five Star Catering, Inc. v. Beason, Case No. 10-10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be individually liable for violating the TCPA where they had direct, personal participation in or personally authorized the conduct found to have violated the statute." (internal quotation marks omitted)); Maryland v. Universal Elections, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If an

individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

## THE TEXAS BUSINESS AND COMMERCE CODE
### Title 10 - Use of Telecommunication
### Subtitle A - Telephones

25. The Texas Business and Commerce code 305.001 prohibits a person to call a mobile number using automatic dialing device without consent for the purpose of making a sale. This Texas law has analogous portion that is related to the TCPA and was violated in this case.

26. The Plaintiff may seek damages under the Texas Business and Commerce Code § 305.053 for violations of 47 USC 227 or subchapter A and seek $500 for each violation in statutory damages or $1,500 for each violation for willful or knowing damages .

27. The Texas Business and Commerce Code § 302.101(a) states that a seller may not make a telephone solicitation from a location in this state or to a purchaser located in this state unless the seller holds a registration certificate for the business location from which the telephone solicitation is made. A person who violates this chapter is subject to a civil penalty, which  the Plaintiff may seek damages of up to $5,000 for each violation under Texas Business and Commerce Code § 302.302.

## FACTUAL ALLEGATIONS

28. The Plaintiff is a natural person.

29. The Plaintiff's telephone number is (469) 212 - 3582.

30. That telephone number is assigned to a wireless service.

31. That telephone number has been on the National Do Not Call Registry since October

3, 2022.

32. That telephone number is used for residential purposes and is used by the Plaintiff solely.

33. That telephone number is not associated with a business.

34. The Plaintiff has received multiple calls from multiple entities selling the extended car warranty services of Matrix Financial Services, LLC and several related entities by multiple agents of Matrix Financial Services, LLC.

35. Defendants routinely violates the TCPA as a part of their business model and knowingly and willfully commit TCPA violations.

36. Defendants Vehicle Service Department, Matrix Financial Services, LLC and Sing for Service, LLC DBA MEPCO have been previously sued multiple times in federal and state courts across the country for alledly violating the TCPA. (See Cunningham v. Matrix Financial Services, LLC, *et.al,* 2019 Case No. 4:19-cv-00896 as an example)

37. Despite these prior lawsuits, Defendants haved failed to reform their business practices to being them in compliance with the TCPA.

### Alleged calls to the Plaintiff and violations of 47 USC 227(b)

38. Plaintiff Forteza received multiple calls from a variety of spoofed caller ID's that were initiated using an automated telephone dialing system. The calls were on behalf of each Defendants in this case offering their products/services as a result of the calls. The calls had a delay of 3-4 seconds of dead air after the Plantiff picked up the phone before the agent answers the call indicating the calls were initiated using an ATDS. The Plaintiff received calls directly from the corporations and on behalf of these

corporations by 3rd party telemarketers for both direct and vicarious liability in this case.

39. Plaintiff received multiple calls from multiple spoofed and non-working caller ID's all designed to trick consumers into picking up the phone by using false, misleading, and fraudulent caller ID's. These calls were not related to any emergency purpose.

40. Plaintiff has received at least 4 calls between October 5, 2022 and October 27, 2022, 2022 to her personal cell phone number 469-212-3582, without her prior express written consent and not related to an emergency purpose, selling extended car warranty services from the Defendants. See Exhibit A for the table detailing the calls made by the Defendants to the Plaintiff's cell phone number.

41. All 4 calls were initiated by an automated telephone dialing as indicated by a 3-4 second delay of dead air when the call first connected.

42. Defendants use phone number with local Texas area codes like 254, 956, and 361. These phone numbers are non-working numbers and were picked specifically to trick consumers into picking up the call as they appear to be local calls. This is called "Neighborhood Spoofing".

43. On October 27, 2022, Plaintiff received a call from the Defendant Vehicle Service Department selling extended car warranty. To confirm solicitation, the Defendant sent the Plaintiff the contract, Element Enhance Powertrain Vehicle Service Contract. The contract was from Vehicle Service Department, who is the Selling Company. The contract also shows Defendant Matrix Financial Services, LLC as the Provider/Administrator/Obligor of the Contract. MEPCO is the Finance Company or the Payment Plan Provider. See Exhibit B for the the vehicle service agreement

showing these information.

## The Plaintiff's cell phone is a residential number

44. Plaintiff's cellular phone 469-212-3582 is a personal cell phone that she uses for personal, family, and household use. The Plaintiff maintains no landline phones at her residence and has not done so for at least 10 years and primarily relies on cellular phones to communicate with friends and family. The Plaintiff also uses her cell phone for navigation purposes, sending and receiving emails, timing food when cooking, and sending and receiving text messages. The Plaintiff further has her cell phone registered in her personal name, pays the cell phone from her personal accounts, and the phone is not primarily used for any business purpose.

## Violations of the Texas Business And Commerce Code
## Title 10, Subtitle A

45. The Texas Business and Commerce code 305.001 prohibits a person to call a mobile number using automatic dialing device without consent for the purpose of making a sale. This Texas law has analogous portion that is related to the TCPA and was violated in this case.

46. The Plaintiff may seek damages under the Texas Business and Commerce Code § 305.053 for violations of 47 USC 227 or subchapter A and seek $500 for each violation in statutory damages or $1,500 for each violation for willful or knowing damages .

47. The Texas Business and Commerce Code § 302.101(a) states that a seller may not make a telephone solicitation from a location in this state or to a purchaser located in this state unless the seller holds a registration certificate for the business location from which the telephone solicitation is made. A person who violates this chapter is

subject to a civil penalty, which  the Plaintiff may seek damages of up to $5,000 for each violation under Texas Business and Commerce Code § 302.302.

48. The actions of the Defendants violated the Texas Business and Commerce Code 305.053 by placing automated calls to a cell phone which violates 47 USC 227(b).

49. The calls by Defendants violated Texas law by spoofing the caller ID's per 47 USC 227(e) which in turn violates the Texas statute.

## I.  FIRST CLAIM FOR RELIEF

### (Non-Emergency Robocalls to Cellular Telephones, 47 U.S.C. § 227(b)(1)(A)) (Against All Defendants)

1.     Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

2.     The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of the TCPA, 47 U.S.C. § 227(b)(1)(A), by making non-emergency telemarketing robocalls to Plaintiff's cellular telephone number without her prior express written consent.

3.     Plaintiff is entitled to an award of at least $500 in damages for each and every violation, purrsuant to 47 U.S.C. § 227(b)(3)(B).

4.     Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(b)(3).

5.     Plaintiff also seeks a permanent injunction prohibiting Defendants and their affiliates and agents from making non-emergency telemarketing robocalls to cellular telephone numbers without the prior express written consent of the called party.

## II. SECOND CLAIM FOR RELIEF

### (Telemarketing Without Mandated Safeguards, 47 C.F.R. § 64.1200(d))
### (Against All Defendants)

6.      Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

7.      The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of FCC regulations by making telemarketing solicitations despite lacking:

        a.      a written policy, available upon demand, for maintaining a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(1); [2]

        b.      training for the individuals involved in the telemarketing on the existence of and use of a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(2); [3] and,

        c.      in the solicitations, the name of the individual caller and the name of the person or entity on whose behalf the call is being made, in violation of 47 C.F.R. § 64.1200(d)(4). [4]

8.      Plaintiff is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(c)(5)(B).

9.      Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(c)(5).

10.     Plaintiff also seeks a permanent injunction prohibiting Defendants and their affiliates and agents from making telemarketing solicitations until and unless they

---

[2] See id. at 425 (codifying a June 26, 2003 FCC order).

[3] See id. at 425 (codifying a June 26, 2003 FCC order).

[4] See id. at 425 – 26 (codifying a June 26, 2003 FCC order).

(1) implement a do-not-call list and training thereon and (2) include the name of the individual caller and defendants' names in the solicitations.

## III. THIRD CLAIM FOR RELIEF

### (Violations of The Texas Business and Commerce Code 302.101(a), 302.302)

11.    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

12.    The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of the **Texas Business and Commerce Code 302.101(a)**, by making telephone solicitation from a location in this state or a purchaser in this state without holding a registration certificate for the buisness location from which the telephone solicitation is made.

13.    Plaintiff is entitled to an award of up to $5,000 in damages for each such violation.**(Texas Business and Commerce Code 302.302)**

## IV. FOURTH CLAIM FOR RELIEF

### (Violations of The Texas Business and Commerce Code 305.053)

14.    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

15.    The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of the **Texas Business and Commerce Code 305.053**, by making non-emergency telemarketing robocalls to the Plaintiff's cellular telephone number without his prior express written consent in violation of 47 USC 227 et seq. The Defendants violated 47 USC 227(d) and 47 USC 227(d)(3) and 47 USC 227(e)

by using an ATDS that does not comply with the technical and procedural standards under this subsection.

16.    Plaintiff is entitled to an award of at least $500 in damages for each such violation.**Texas Business and Commerce Code 305.053(b)**

17.    Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. **Texas Business and Commerce Code 305.053(c)**.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Maricel Forteza prays for judgment against all the Defendants jointly and severally as follows:

A.    Leave to amend this Complaint to name additional DOEs as they are identified and to conform to the evidence presented at trial;

B.    A declaration that actions complained of herein by Defendants violate the TCPA and Texas state laws;

C.    An injunction enjoining Defendants and their affiliates and agents from engaging in the unlawful conduct set forth herein;

D.    An award of $3,000 per call in statutory damages arising from the TCPA intentional violations jointly and severally against the corporation and individual for 4 calls.

E.    An award of $5,000 per call in statutory damages arising from violations of the Texas Business and Commerce Code 302.101(a) jointly and severally against the corporations and individual for 4 calls.

F.     An award of $1,500 per call in damages arising from violations of the

Texas Business and Commerce Code 305.053 jointly and severally against the

corporations and individual for 4 calls.

G.     An award to Plaintiff of damages, as allowed by law under the TCPA;

H.     An award to Plaintiff of interest, costs and attorneys' fees, as allowed by

law and equity.

I.     Such further relief as the Court deems necessary, just, and proper.

April 19, 2023

**Maricel Forteza**
Plaintiff, *Pro Se*
3000 Custer Road, Ste 270-206
Plano, TX 75075

# EXHIBIT A

| Call Number | Date | Time | Phone Numbers |
|---|---|---|---|
| 1 | 10/5/2022 | 4:06 PM | 956-516-3844 |
| 2 | 10/12/2022 | 4:55 PM | 361-252-0798 |
| 3 | 10/19/2022 | 9:05 AM | 254-433-5674 |
| 4 | 10/27/2022 | 3:32 PM | 254-647-0301 |

# EXHIBIT B

# Vehicle Service Department

**MARICEL FORTEZA**

10/27/22

Thank you for choosing Vehicle Service Department. We strive to bring you the very best customer experience while under our care. We understand what an important role your vehicle plays in your daily routine and the stress a breakdown can cause to you and your family. Vehicle Service Department plans include a Rental Car, Towing, 24-hour Roadside Assistance and Concierge Services to help eliminate these stressful times.

Please take the time to carefully review all of your vehicle protection plan information below to ensure its accuracy. If it is not correct, please contact us at 1 (888) 678-0779.

Sincerely,

The Vehicle Service Department Team

## Important Contact Numbers

**Roadside:** 800-257-2205    **Claims:** 833-228-1900



**Your membership card**

**VEHICLE SERVICE DEPARTMENT**

Name: **MARICEL FORTEZA**
VIN #: **JHMGE8H3XDC070587**
Contract #: **MTREP8636662**
Coverage: **ELEMENT ENHANCED POWERTRAIN**
Expiration Date: **11/27/26**    Deductible: **$100**
Expiration Miles: **247,512**

Claims: **833-228-1900**
Roadside: **800-257-2205**

---

THE ELEMENT

Contract Number
**MTREP8636662**

## Element Enhance Powertrain Vehicle Service Contract

### PURCHASER INFORMATION

| PURCHASER NAME | AREA CODE AND TELEPHONE NUMBER |
|---|---|
| **MARICEL FORTEZA** | (469) 212-3582 |
| STREET ADDRESS | CITY, STATE, ZIP CODE |
| **3000 CUSTER RD STE 270-206** | **PLANO, TX 75075-4422** |

### VEHICLE INFORMATION

| VEHICLE IDENTIFICATION NUMBER (VIN) | VEHICLE ODOMETER READING AT TIME OF CONTRACT SALE |
|---|---|
| **JHMGE8H3XDC070587** | 146,512 |

| YEAR, MAKE AND MODEL | | RATE CLASS |
|---|---|---|
| **2013** | **HONDA** | **FIT** | 1 |

### SELLING COMPANY AND FINANCE COMPANY INFORMATION

| SELLING COMPANY NAME | SELLING COMPANY TELEPHONE NUMBER |
|---|---|
| **VEHICLE SERVICE DEPARTMENT** | (888) 678-0779 |
| SELLING COMPANY ADDRESS | |
| **6789 QUAIL HILL PKWY SUITE 722** | **IRVINE, CA 92603** |

| FINANCE COMPANY | |
|---|---|
| **MEPCO** | |
| FINANCE COMPANY ADDRESS | |
| **10 S. LASALLE SUITE 2310** | **CHICAGO, IL 60603** |

### OBLIGOR

**Obligor in Certain States.** The following entities will serve as the OBLIGOR of the Service Agreements in the following states. **MATRIX FINANCIAL SERVICES, LLC** in the following states: AL, AK, AR, CO, CT, DE, GA, HI, ID, IL, IN, IA, KS, KY, MA, ME, MD, MI, MN, MS, MT, NE, NH, NV, NJ, NM, ND, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WY, WI; **MATRIX FINANCIAL SERVICES, LLC d/b/a MATRIX CAPITAL SERVICES, LLC** in the following states: AZ, MO, OK; **MATRIX FINANCIAL SERVICES, LLC d/b/a MATRIX CAPITAL SERVICES OF DELAWARE INC.** in the following state: LA; **MFS OF FLORIDA INC.** in the following state: FL.

**The Obligor address, for all entities listed above is 3100 McKinnon St., Suite 420, Dallas, TX 75201, 833-228-1900. The Obligor's** performance under this **Contract** is insured by an insurance policy issued by Plateau Casualty Insurance Company 2701 N. Main St. Crossville, TN 38555 800-398-3632. If a **Covered Repair** is not paid within sixty (60) days after proof of loss has been filed, **You** may file a claim with Plateau Casualty Insurance Company at the address listed above.

### COVERAGE

| COVERAGE | | |
|---|---|---|
| **ELEMENT ENHANCED POWERTRAIN** | | |

### CONTRACT INFORMATION

| TERM MONTHS | TERM MILES | DEDUCTIBLE PER VISIT | | CONTRACT SALE DATE |
|---|---|---|---|---|
| **48** | **100,000** | **$100** | | **10/27/22** |
| | | EXPIRATION DATE | EXPIRATION MILES | SERVICE CONTRACT PRICE |
| | | **11/27/26** | **247,512** | **$3,837.00** |

| VEHICLE SURCHARGES/OPTIONS |
|---|
| |

### AGREEMENT PERIOD

**AGREEMENT PERIOD**

Terms for coverage are measured from the **Contract** sale date and the **Vehicle** odometer mileage reading at the time of sale. **THIS SERVICE CONTRACT HAS A WAITING PERIOD OF ONE MONTH AND 1,000 MILES.** During this waiting period, only the benefits listed under "TOWING BENEFIT/ROADSIDE SERVICE" will apply.

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

Any breakdown that occurs during this waiting period will not be covered. This one month and 1,000 miles will be added to the end of the term listed above. This **Contract** sale date and expires on the mileage or expiration date listed above, whichever occurs first. This **Contract** is non-renewable.

## ADDITIONAL BENEFITS

**RENTAL CAR REIMBURSEMENT:** If **Your Vehicle** sustains a **Failure** or **Tire Failure** resulting in a **Covered Repair**, then **You** may qualify for rental car reimbursement for up to $30 per day, with a 5 day maximum, not to exceed $150 per occurrence. The VEHICLE must be retained overnight at the REPAIR FACILITY in order to qualify for rental coverage. Rental coverage is contingent on the labor time required to replace/repair **Covered Components** authorized by the **Administrator**. The **Administrator** will use factory labor times or industry recognized flat-rate manuals to determine the required repair time. However, this time excludes the downtime waiting for parts or other delays beyond the control of the **Licensed Repair Facility** or the **Administrator**. The labor time necessary for rental reimbursement is as follows: 1.8 hours = 1 day; 8.1 to 16 hours = 2 days; 16.1 to 24 hours = 3 days; etc. **Your** rental car benefits will not continue beyond the day the repairs are completed and **You** are notified of completion. All vehicles must be rented from a licensed auto rental facility.

**TRIP INTERRUPTION:** If **You** are more than 100 miles from **Your** home and **Your Vehicle** is in need of **Emergency Repairs**, then **You** may qualify for Trip Interruption benefits that include lodging and meal reimbursement for up to $75 per day, with a 3 day maximum, not to exceed $225 per occurrence. Trip Interruption applies when a **Licensed Repair Facility** must keep **Your Vehicle** overnight to repair **Your Vehicle**, but it does not extend beyond the day the repairs are completed. For lodging and meal reimbursement, please save all receipts and contact the **Administrator** for instructions. Receipts must be legible and verifiable. Handwritten receipts will not be accepted. The Trip Interruption benefit is only available where allowed by law.

**TOWING BENEFIT/ROADSIDE SERVICE:** In the event Your Vehicle is disabled, Roadside Services will dispatch a service vehicle to assist You. In the event You inoperable, Roadside Services will arrange to have Your Vehicle transported, once per claim, to the nearest Licensed Repair Facility for a maximum of $100 per occurrence.

To obtain service for Towing/Roadside Assistance, You may contact 1-800-257-2205 or Matrix Warranty Solutions at 1-833-228-1900.

Coverage. You are entitled to one (1) service per claim governed by one (1) paid service within 72-hours. Services available to You for a maximum of $100 per occurrence are tow roadside assistance services for the following: a battery jumpstart, flat tire change, fuel delivery (You are responsible for the actual cost of the delivered materials); lockout (access compartment only).

Reimbursement. This is not a reimbursement service.

Service Provider Network. All roadside assistance services and benefits are administered by Roadside Protect, Inc. located at 1000 W. Irving Park Rd, Itasca, IL 60143.

## OTHER IMPORTANT INFORMATION

THIS **CONTRACT** IS NOT AN INSURANCE POLICY. IT IS A **SERVICE CONTRACT** BETWEEN **YOU** AND THE **ADMINISTRATOR OBLIGOR**. ANY CHANGE TO THE PREPRINTED TERMS AND CONDITIONS OF THIS **CONTRACT** IS INVALID AND OF NO FORCE OR EFFECT. IF ANY INFORMATION ON THIS **CONTRACT** IS IN ERROR, CONTACT THE **SELLING COMPANY** OR **ADMINISTRATOR** IMMEDIATELY. PURCHASE OF THIS **CONTRACT** IS NOT REQUIRED IN ORDER TO PURCHASE A VEHICLE OR TO OBTAIN VEHICLE FINANCING.

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

MTFREP8653662
ELEP-1219                2 of 18                8986_2

## A. MAINTENANCE AND RECORDS

To obtain the benefits provided by this **Service Contract**, **You** are required to provide maintenance to **Covered Components** at a **Licensed Repair Facility** in accordance with what is recommended by the manufacturer of **Your Vehicle**. Proper documentation and verifiable receipts, from the original purchase date of your vehicle, for all maintenance and repairs may be required in the event of a claim. Receipts must reflect proper **Vehicle** documentation (i.e. year, make, and model), complete **Vehicle** Identification Number, and the current mileage of the **Vehicle**. Handwritten receipts will not be accepted. Failure to provide proof of required maintenance may result in denial of coverage. The minimum requirement on oil and filter changes is every six (6) months or 5,000 miles, whichever comes first. If the manufacturer has and indicator-based schedule, and You must follow the maintenance schedules in accordance with Your Vehicle's manufacturer recommendations. In addition, YOU must maintain all other covered components (transmission flushes, lubrication, software updates and reprogramming, timing belt/chain, filters, etc.) Severe maintenance schedule may need to be followed if conditions apply as outlined in the VEHICLE owner's manual.

## B. WHAT IS COVERED

**Enhanced Powertrain Coverage**

Only those items listed under the "Enhanced Powertrain Coverage" and "Tire Coverage" heading in this section are covered, subject to the terms and conditions of this **Contract**, and in accordance with the coverage, options, and surcharges indicated on the first page of this **Contract**.

**Covered Components** are categorized by related vehicle systems. If a **Covered Component** **Fails** during the term of this **Contract**, the **Administrator** will pay for the repair or replacement of the **Covered Component**, subject to the terms and conditions herein.

**ENGINE COMPONENTS**: Cylinder Block and Cylinder Heads (only if damaged by internally lubricated parts); all internal **Lubricated Parts** of the Engine; Harmonic Balancer; Timing Gear; Timing Chain; Timing Belt and Water Pump. All internally lubricated parts of the Original Equipment Manufacturer (OEM) parts of the turbo/twin turbo/supercharger. The turbo/ twin turbo/ supercharger case is not covered.

**TRANSMISSION COMPONENTS**: Transmission Case (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Transmission; Torque Converter; Flywheel/Flex Plate and Vacuum Modulator.

**TRANSFER CASE COMPONENTS**: Transfer Case (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Transfer Case.

**DRIVE AXLE COMPONENTS**: Drive Axle Housing (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Drive Axle; Drive Shafts; Universal Joints; Constant Velocity Joints; Locking Hubs.

**AC/HEATING COMPONENTS** (OEM or DEALER INSTALLED ONLY): Condenser; Compres-

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

MTFREP8653662
FI FPX-1216                3 of 18                8987_1

sor; Compressor; Clutch; Evaporator; Accumulator Dryer; Expansion Valve; Condenser Fan; and Condenser Fan Motor.

**COOLING COMPONENTS:** Water Pump; Radiator; Cooling Fan; Cooling Fan Motor; Fan Clutch; and Coolant Recovery Tank.

**FUEL SYSTEM COMPONENTS:** Fuel Delivery Pump; Fuel Injection Pump; Fuel Injectors; Fuel Tank; Metal Fuel Lines; Fuel Pressure Regulator; Fuel Sending Unit; Fuel Gauge; Air Control Valve; Oxygen Sensors; MAF Sensor; Camshaft/Crankshaft Sensors; Electronic Fuel Injection Computer/Module.

**ELECTRICAL COMPONENTS:** Alternator/Generator; A/C Blower Motor; Starter Motor; Starter Solenoid; Starter Drive; Horns; Windshield Wiper Motor; Windshield Washer Pump; Power Antenna Motor; Power Window Motors; Window Regulators; Power Door Lock Actuators; Power Trunk Release; and all Manually Operated Switches.

**SEALS AND GASKETS:** If you selected and paid the Seals and Gaskets surcharge as indicated on the first page of this Contract and **Your Vehicle** has less than 125,000 miles at the time this **Contract is sold**, leaking seals and gaskets on any **Covered Components** listed above will be covered, subject to the terms and conditions herein. Minor loss of fluid or seepage is considered normal and is not considered a **Mechanical Breakdown**.

**HYBRID COMPONENTS:** Hybrid Transaxle, Electronic Transmission, Inverter, Generator(s), and Electronic Display Monitor. **Tire Coverage**

Coverage afforded under this **Service Contract** applies ONLY to the D.O.T. approved and manufacturer-specified tires on **Your Vehicle** at the time of delivery from the manufacturer. In the event of a **Covered Tire Repair**, any D.O.T. approved or manufacturer-specified replacement will also be covered for the remainder of **Your** term. In the event of a **Covered Tire Repair**, the following stipulations apply:

1. **Tire Repairs:** The **Administrator** will reimburse **You** up to $20 (per tire per single visit) of the **Cost** to repair **Your** tire.

2. **Tire Replacement:** The **Administrator** will reimburse **You** up to one hundred dollars ($100.00) toward the **Cost** for each tire replacement per single visit, up to a maximum 3/32" tread depth remaining to be eligible for reimbursement.

**LIMITS OF LIABILITY**

**Our** limit of liability for tire replacements will not exceed an aggregate amount of $400.00 for the term of this **Contract**. For all other repairs or replacements, **Our** liability per repair visit, under any circumstances, will not exceed the NADA "clean trade-in" value of the **Vehicle** immediately prior to **Breakdown**. The total of all benefits paid or payable under this **Contract** will not exceed the price paid for the **Vehicle** (excluding tax, title and license fees) by the original purchaser of this **Service Contract**. A copy of the **Vehicle** Bill of Sale may be requested for verification. **Our** liability for incidental and consequential damages including, but not limited to personal injury, physical damage, property damage, loss of **Vehicle** use, loss of time, inconvenience and commercial loss resulting from the operation, repair, maintenance, or use of this **Vehicle** is expressly excluded.

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

## D. WHAT IS NOT COVERED

In accordance with the coverage indicated on the front page of this Service Contract, any part not specifically listed under the "WHAT IS COVERED" section is not covered. In addition, this Service Contract does not cover the items under the "Enhanced Powertrain Coverage" and "Tire" headings listed in this section **Enhanced Powertrain Coverage**

1. Any repair that has not received prior authorization from the Administrator. This exclusion does not apply to Emergency Repairs.

2. The repair or replacement of any motor vehicle component that was not properly operating in accordance with manufacturer's specifications at the time this Service Contract was sold (i.e. pre-existing conditions).

3. Any Vehicle with a branded title (e.g. salvage, junk, rebuilt, total loss, flood, fire, or gray market) or has been deemed a total loss by an insurance entity.

4. Any Vehicle that has been repurchased by or had its price renegotiated with the manufacturer. Any Vehicle that has had the manufacturer's warranty revoked, voided, or cancelled; or any Vehicle that never came with a manufacturer's warranty.

5. The repair, modification, or replacement of any component that has not Failed, as defined by this Contract.

6. The repair, retrofit, or replacement of any component required for compliance by any local, state, or federal law or legislation.

7. The gradual reduction in component performance through normal or excessive usage. The repair or replacement of engine valves, valve guides, valve seals, and/or piston rings is not covered if the purpose of such repair(s) is simply to raise the compression of the engine, increase performance, or to reach acceptable oil consumption/burning.

8. If any alterations have been made to Your Vehicle or You are using or have used Your Vehicle in a manner not recommended by the manufacturer, including but not limited to, the failure of any custom or add-on part, all frame or suspension modifications, lift/lowering kits, the use of oversized tires or any tire that is not recommended by the original manufacturer or it creates an odometer/speedometer variance of greater than 4%, trailer hitches. Also not covered are any emissions and/or exhaust systems modifications, engine modifications, transmission modifications, and/or drive axle modifications, which includes any performance modifications.

9. Any Mechanical Breakdown covered by an insurance entity or any component with a warranty or "repairer's guarantee" through a repair facility or when the responsibility for the repair is covered by an insurance policy, manufacturer and/or dealer customer assistance program, or any warranty from the manufacturer, such as extended drive train, major component or full coverage warranties, or a repairer's guarantee/warranty (regardless of manufacturer's or repairer's ability to pay for such repairs). Further, Coverage under this Contract is similarly limited

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

in the event of a Breakdown if the manufacturer has announced its responsibility through any means, including public recalls and factory service bulletins. Additionally, if an insurance entity, the manufacturer, or Licensed Repair Facility notifies You that they will monetarily participate in a repair that has been authorized and paid by Us, then We will exercise Our right to recover the respective amount.

10. Any Vehicle with an odometer that has been tampered with, altered, disconnected, or not maintained in working order. You may be required to provide an odometer statement at the time of sale of this Service Contract.

11. Any Mechanical Breakdown or Failure caused by (a) normal or excessive wear and tear; (b) Your failure to provide the proper maintenance to the failed part or parts; (c) overheating, regardless of the cause of overheating; (d) incorrect, contaminated, or inadequate amounts of coolant, lubricants, or fluids; (e) accidental loss or damage, impact, collision or upset, falling, missiles or objects, rust, corrosion, fire, theft, larceny, explosion, lighting, earthquake, wind storm, hail, water, flood, freezing, malicious mischief, vandalism, riot, or civil commotion; or (f) DRIVER NEGLIGENCE OR MISUSE, INCLUDING THE OPERATION OF AN IMPAIRED VEHICLE.

12. Cosmetic damage or cosmetic related repairs (e.g. scratches, nicks, dents, or tears).

13. Body components or repairs related to the body of the Vehicle (e.g. bumpers, lenses, glass, paint, convertible or vinyl tops, sheet metal, outside ornamentation, frame or structural body parts, air or water leaks, wind noise, weather strips, squeaks or rattles, trim, upholstery, carpet, or mats).

14. Navigational systems, unless You selected and paid for the Luxury Electronics Package option at the time this Service Contract was sold, in which case only the factory-installed navigational system on Your Vehicle will be covered.

15. The following, unless required in conjunction with a Covered Repair: upgrades, adjustments, alignments, oil, fluids, greases, lubricants, or refrigerant.

16. Maintenance services and parts described in the manufacturer's maintenance schedule for Your Vehicle. NOTE: During the term of this Service Contract, it may become necessary to (a) replace spark/glow plugs and wires, emission control valves, timing belts, drive belts, distributor caps and rotors, and filters; (b) adjust belts, ignition, transmission bands, or clutch system; (c) clean fuel and cooling systems, or remove sludge or carbon deposits; and (d) maintain or replace items not specifically covered under this Service Contract. These aforementioned services and replacements are required because of normal wear and usage—they are Your responsibility. Costs for these services and parts are not covered by this Service Contract. If You purchased the Emissions Package, items listed under the "Emissions Package" in the Optional Coverage section will be covered.

17. Any expenses associated with shop supplies, materials charges (i.e. miscellaneous items not directly associated with a Covered Repair), hazardous waste charges, diagnosis time (where a Covered Mechanical Breakdown has not occurred), freight charges, or storage charges.

18. Vehicles used for commercial towing, dump or refuse collection, hauling or tow-

ing loads weighing in excess of vehicle manufacturer's specifications, taxi, livery, shuttle, rental, construction, racing or competitive driving, emergency services, or Vehicles equipped with a snow plow.

19. Business Use Vehicles including UBER and LYFT, unless the Business Use surcharge is selected and paid at the time this Contract is sold.

20. Vehicles operated by more than one person or vehicles using multiple drivers over a period of time due to shift work.

21. The repair or replacement of the following: (a) batteries and battery cables, including batteries and battery cables for Hybrid vehicles; (b) exhaust system components and catalytic converters; (c) shock absorbers; (d) fasteners, nuts, bolts, clips, screws; (e) fuses and bulbs; (f) safety restraint systems (including air bags); (g) brake linings, rotors, and drums; (h) sealed beams and LED or HID lamps; headlamp and tail lamp assemblies; (i) wiper blades, hoses, molded rubber, and rubber-like items; (j) clutch disc and linings, clutch pressure plate, clutch throwout bearings, pilot bearings; (k) bent shift forks, stretched timing chains; and (i) cellular phones.

22. Any losses resulting from delays, labor strikes, loss of time, inconvenience, or other causes beyond the control of the Administrator or Licensed Repair Facility.

23. The repair or replacement of any Covered Component that has been damaged by a non-Covered Component or from an improper repair.

24. The repair or replacement of any non-Covered Component damaged as a result of the Failure of a Covered Component.

25. Vehicles registered or needing repairs or replacements outside of the contiguous United States, Alaska, or Hawaii.

26. Convertible top assemblies; television/VCR/DVD players; game centers; cumulative repair or replacement costs during the term of this Contract; audio/video equipment and audio/video accessories; all touch screen and/or voice activated accessories, including related display screens and heads up displays on windshields; electronic transmitting/receiving devices; voice recognition systems; remote control consoles; security systems; and radar detection devices. If You purchased the Luxury Electronics Package, items listed under the "Luxury Electronics Package" in the Optional Coverage section will be covered.

27. Any component or part of a component that enables a Vehicle to be propelled by any source of power other than gasoline, diesel fuel, or E85 ethanol. In addition, components belonging solely to any of the following (unless otherwise stated in this document): Hybrid Vehicles, Plug-in Hybrid Vehicles, Electric Vehicles, Extended-Range Electric Vehicles, or Hydrogen-Powered Vehicles. The Hybrid Battery is not covered in any instance.

28. All emission components.

29. All Nissan CVT Transmissions regardless of model or year of manufacture.

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

MTREPBS36562 ELEP-1219   6 of 18   8887_1

MTREPBS36562 F1 FP-1316   7 of 18   8887_1

**Tire**

Stipulations noted under the "Exclusionary" heading in this section, "WHAT IS NOT COVERED," also apply to Your Vehicle's tires. In addition, the following tire-specific exclusions apply:

1. Destruction or damage to a tire due to off-road Vehicle use, construction site use, or an impact with an engineered obstruction in the highway or roadway (including, but not limited to curbs).

2. Any repair or replacement due to dry-rot, cracking, or peeling of tread.

3. Tires that prematurely fail because of overloading, improper loading, or improper inflation.

4. Used, retread, or remanufactured tires.

5. Tires that are not D.O.T. certified or that do not meet the specifications prescribed by the manufacturer of the Vehicle listed in this Service Contract.

6. Any Tire Failure occurring when any portion of the tread depth on the failed tire is 3/32 of an inch or less.

7. Tires transferred from another vehicle.

**WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAK-DOWN OR A TIRE FAILURE**

1. Take immediate action to prevent further damage to Your Vehicle. Any damage resulting from continued operation of an impaired Vehicle will constitute failure to protect Your Vehicle and will not be covered under this Service Contract.

2. You may deliver Your Vehicle to the Licensed Repair Facility of Your choice. However, authorization must be obtained from the Administrator prior to any repair.

3. Present this Contract to the Licensed Repair Facility. The Administrator may also require You to provide the Licensed Repair Facility with proof of all relevant maintenance as expressed under "MAINTENANCE AND RECORDS".

4. Ensure that the Licensed Repair Facility contacts the Claims Department for instructions prior to any repairs. The Claims Department can be reached at 1-833-228-1900 From 8:00 A.M. - 12:00 P.M. and 1:00 P.M. - 6:00 P.M. (CST) Monday - Friday. AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.

5. If Emergency Repairs are required, deliver Your Vehicle to a Licensed Repair Facility and have the necessary repairs performed at a reasonable and customary charge. On the next business day, report the repairs to the Administrator at 1-833-228-1900. The Administrator will determine the reimbursement eligibility in accordance with the terms and conditions of this Service Contract.

6. In all instances, if Your repair is a Covered Repair or Covered Tire Repair, then You are required to pay the Licensed Repair Facility the deductible amount reflected on the first page of this Contract. In addition, You are also required to pay for anything not authorized

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

by the Administrator.

7. The amount authorized by the Administrator is the maximum amount that will be paid for any repairs covered under the terms of this Contract. Any additional amount must receive prior approval from the Administrator. Should a claim arise before this Contract is paid in full, the balance owed will be deducted from the claim payment.

**F. WHAT THE ADMINISTRATOR WILL DO WHEN A CLAIM IS REPORTED**

The Administrator will determine the extent of coverage, subject to the terms and conditions of this Contract. To that end, the Administrator will verify the Failure or Tire Failure with the Licensed Repair Facility, verify coverage, determine the Cost of the Covered Repair or Covered Tire Repair subject to the terms, conditions, and limitations of this Contract, and authorize the claim. The claim is not approved unless authorization numbers are given to the Licensed Repair Facility.

NOTE: (1) At the sole discretion of the Administrator, Failed parts or Failed Tires may be replaced with new parts or tires, remanufactured parts or tires, or used parts or tires of like kind and quality.

(2) We reserve the right to inspect Your Vehicle to verify Failure(s) or Tire Failure(s). In addition, if a dispute arises between the Licensed Repair Facility and Us, We reserve the right to relocate Your Vehicle to a Licensed Repair Facility of Our choice. In the event the Administrator determines that a repair in question is not a Covered Repair or a Covered Tire Repair, then You are responsible for any cost incurred.

**G. STATE SALES TAX**

The payment of sales tax on Covered Repairs or Covered Tire Repairs will be made in accordance with the regulations of the Taxing Authority in the state where Your Vehicle has been repaired.

**H. DEFINITIONS**

- **ADMINISTRATOR: Matrix Warranty Solutions, Inc.** 3100 McKinnon St., Suite 420, Dallas, TX 75201 1-833-228-1900.

- **BUSINESS USE: Vehicles** used primarily for profit, such as repair work, route work, service work, and delivery. **Vehicles** used for farm work or oil field work are included under this definition and are eligible for coverage if their primary use is transportation and not off-road work. Other examples include, but are not limited to floral delivery, cable TV repair, plumbing, vending machine services, catering, medical supply delivery, home repairs, and realty services.

- **COST:** The customary and reasonable charges for the parts and labor necessary to repair or replace **Covered Components** or **Covered Tires**. **Cost** will not exceed the manufacturer's suggested retail (list) price for parts and labor will be verified by the standard version of the following nationally recognized labor guide: Alldata. The labor rate must be authorized by the **Vehicle** manufacturer for franchised dealers and cannot exceed the average retail rate charged by similar repair facilities in the same area. All charges are subject to the limits of liability, the terms and conditions of this **Service Contract**, and the

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

- **Administrator's** approval.
- **COVERED BREAKDOWN** or **COVERED MECHANICAL BREAKDOWN: A Breakdown** that is covered by this **Contract.**
- **COVERED PART(S)** and **COVERED COMPONENT(S):** Any part of the **Vehicle** listed herein as a **Covered Part/Component** and not excluded from coverage by this **Service Contract.**
- **COVERED REPAIR:** A repair to a **Covered Part/Component** that is authorized by the **Administrator.**
- **COVERED TIRE:** A tire that that conforms to **Vehicle** manufacturer's specifications and was D.O.T. approved at the time of sale, or any equivalent replacement tire on the **Vehicle** when it was delivered.
- **COVERED TIRE REPAIR:** A repair to a **Covered Tire** that is authorized by the **Administrator** as defined under Tire Failure or Failed Tire(s).
- **EMERGENCY REPAIRS:** Repairs made outside of **Administrator's** business hours, which, if not performed, would impair the future operation of **Your Vehicle**, or render **Your Vehicle** inoperable or unsafe to drive.
- **FINANCE COMPANY:** Any financial institution providing financing for the purchase of this **Service Contract.**
- **LICENSED REPAIR FACILITY:** Any automotive repair facility that has been licensed to perform automotive repairs by the state in which it operates.
- **LUBRICATED PART:** A part that requires lubrication to function correctly.
- **MECHANICAL BREAKDOWN, BREAKDOWN, FAILURE, FAILS, or FAILED:** The inability of any **Covered Component(s)** that has received proper maintenance, as prescribed by this **Service Contract**, to function in the manner for which it was designed. This inability must be the result of defective material or faulty workmanship, not due to the gradual reduction in component performance through normal or excessive usage. In addition, a **Failed** part must be outside the allowable tolerances prescribed by the manufacturer to be deemed a **Failure.** This is distinguished from **Tire Failure**, as defined in this section.
- **ROAD HAZARD:** Potholes or debris on the surface of a road (such as nails, glass, rocks, or tree limbs) which may cause damage to your **Covered Tire.**
- **SELLING COMPANY:** The entity identified on the first page of this **Covered Tire.** **You** purchased this **Service Contract.**
- **SERVICE CONTRACT** or **CONTRACT:** This document in its entirety, which explains the coverage and limitations afforded to **You.**
- **TIRE FAILURE** or **FAILED TIRE(S):** The inability of any tire to function in the manner for which it was designed, either due to contact with a **Road Hazard,** a defect in materials, or faulty workmanship. This inability to function is not due to misuse or abuse, and specifically excludes normal and excessive wear and tear.
- **VEHICLE:** The **Vehicle** identified on the first page of this **Contract.**
- **WE, US, OUR: Matrix** Financial Services LLC., **3100 McKinnon St., Suite 420, Dallas, TX 75201, 1-833-228-1900.**
- **YOU, YOUR, CONTRACT HOLDER, MY,** and I: The person(s) whose name is listed as the purchaser(s) of this **Service Contract.**

## I. CANCELLATION AND RENEWAL

We agree to pay on behalf of the Selling Company, the unearned refund based on consideration received from the Selling Company. The Selling Company agrees to pay the unearned portion of the commission originated from the sale of this Service Contract. Neither the Selling Company's Administrator, claims service, nor the Selling Company's insurer can be held liable for return of the Selling Company's commission or any part thereof as paid under this Service Contract. In the event the Purchase Price of Your Service Contract is being paid through a Payment Plan (or its equivalent) which is terminated for non-payment, the Term Months and Term Miles Limit of this Service Contract will be modified to reflect the portion of the Service Contract that you have paid for. The modified Term Months and Term Miles Limit of the Service Contract will be calculated on a pro-rata basis by adding the time and mileage that you have paid for to the Service Contract Sale Date and Vehicle Odometer Mileage on the Service Contract Sale Date as listed on the Declarations Page. You may contact the Administrator toll free at 833-228-1900 to obtain the modified Term Months and Term Miles Limits

**CANCELLATION BY THE FINANCE COMPANY: You** hereby authorize the **Finance Company** to cancel this **Contract** on **Your** behalf in the event: (1) **Your Vehicle** is repossessed, (2) **Your Vehicle** is declared a total loss, or (3) **You** default in **Your** obligations to the **Finance Company.** In addition, **You** authorize the **Finance Company** to be listed as a joint payee and to receive any refund in the event this **Contract** is cancelled.

**CANCELLATION BY THE ADMINISTRATOR:** The **Administrator** may cancel this **Contract** for material misrepresentation or substantial breaches of contractual duties, conditions, or warranties, or for non-payment of the **Service Contract** price.

**CANCELLATION BY THE CONTRACT HOLDER: You** may cancel this **Service Contract** at any time by notifying the **Selling Company** or **Administrator** in writing. This notification must include this **Service Contract.** A notarized statement indicating the actual mileage (odometer reading) of **Your Vehicle** on the date of the cancellation request may also be required unless the vehicle is lost, stolen or destroyed.

**CANCELLATION PROVISIONS.** If this **Contract** is cancelled within the first thirty (30) days from the **Contract** sale date and no claims have been filed, then **You** will receive a full refund. If this **Contract** is cancelled after thirty (30) days past the **Contract** sale date or after a claim has been filed, then **You** will receive a pro rata refund less any claims paid under this **Contract.** Pro rata refunds are determined by multiplying the amount **You** paid for this **Service Contract** by the lesser of the following: (a) the number of covered days remaining on the **Service Contract** divided by the original number of covered days, or (b) the miles of remaining coverage under the **Service Contract** divided by the original number of covered miles. A cancellation fee of $75 will be charged for all pro rata cancellations made by the **Contract Holder.** In all instances, if there is no **Finance Company,** the refundable amount will be paid to **You.** If there is a **Finance Company,** the refundable amount will be paid to the **Finance Company.**

**NOTE:** Transferred **Service Contracts** are not eligible for cancellation refunds. This **Contract** is non-renewable.

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

MTREPBS3662
ELEP-1219

11 of 18

8987_1

## J. TRANSFER OF VEHICLE OWNERSHIP

If **You** sell **Your Vehicle** or if there is any change in the ownership of **Your Vehicle**, **You** may request to transfer the remaining coverage of this **Contract** to the new owner. This request must be submitted within fifteen (15) days of the change in **Vehicle** ownership. **You** must notify the **Administrator** of the transfer of ownership in writing and must include the following: a transfer fee of $50, the name and address of the new owner, and the mileage of the **Vehicle** at the time of transfer. The **Administrator** has the discretion to approve or reject your request to transfer coverage. Copies of all maintenance records showing oil changes and manufacturer's required maintenance must be given to the new owner. The new owner must retain these records and the **Vehicle** will still be subject to the maintenance requirements as specified in this **Contract** and by the **Vehicle** manufacturer. No handwritten receipts will be accepted.

This **Contract** may not be transferred more than once, may not be assigned to another vehicle, and may not be transferred to a new or used vehicle dealer or anyone other than an individual purchasing **Your Vehicle** for personal use. If **You** sell **Your Vehicle**, or if there is any change in the ownership of **Your Vehicle** without notifying the **Administrator** as outlined in this section, this **Contract** will terminate.



MTREP8S0662
ELEP1-1219

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS,
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

12 of 18                                                                 8987_1

---

# SPECIAL STATE REQUIREMENTS AND DISCLOSURES

### THIS CONTRACT IS AMENDED TO COMPLY WITH THE FOLLOWING STATE REQUIREMENTS AND DISCLOSURES:

## TEXAS

Should a Complaint arise regarding this **Contract**, you may send your Complaint in writing to the **Administrator's** address listed within this **Contract**. Please identify the **Contract Holder**, **Vehicle** Identification Number (VIN) and **Contract** number listed at the top of this **Contract** within **Your** complaint. Complaints will be handled individually and without prejudice. All unresolved complaints concerning **Us** or questions concerning the regulation of service agreement administrators may be addressed to the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, Tel. (800) 803-9202.

Pursuant to Section 1304.158, **You** may request reimbursement directly from the insurer if a refund or credit is not paid before the forty-sixth (46th) day after the date on which the **Contract** is returned to the **Administrator**.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) fraud or material misrepresentation by **You**; or (3) a substantial breach of duties by **You** related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled before the thirty-first (31st) day from the **Contract** sale date, then **You** will receive a full refund less any claims paid under this **Contract**. If this **Contract** is cancelled on or after the thirty-first (31st) day from the **Contract** sale date, then **You** will receive a pro rata refund, less any claims paid under this **Contract** and a cancellation fee of fifty dollars ($50)."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty of the outstanding amount will be added to **Your** refund for each month **Your** refund remains unpaid."

MTREP8S3662

AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS,
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

13 of 18                                                                 805-4_1

# PAYMENT PLAN AGREEMENT

Payment Plan Provider provided by:
SING For Service, LLC d/b/a Mepco
205 N. Michigan Avenue, Suite 2200, Chicago, IL 60601
Fax 312-853-0535          Telephone: 800-397-6767

## Purchaser:

**NAME:** MARICEL FORTEZA
**ADDRESS:** 3000 CUSTER RD STE 270-206
**CITY, ST, ZIP:** PLANO, TX 75075-4422
**PHONE:** (469) 212-3582                **FAX:**
**E-MAIL:** ashraforteza@yahoo.com
                                         **CODE: P30872**

## Seller:

**LEGAL NAME:** VEHICLE SERVICE DEPARTMENT
**DBA:**
**ADDRESS:** 6789 QUAIL HILL PKWY SUITE 722
**CITY, ST, ZIP:** IRVINE, CA 92603
**PHONE:** (888) 678-0779                **FAX:**
**E-MAIL:**
**SALESPERSON:** VEHICLE SERVICE DEPARTMENT

| Payment Plan Terms | |
|---|---|
| *All dollar amounts are in U.S. dollars.* | |
| **Total Sales Price** | $3,837.00 |
| **Down Payment** (Minimum 5% of Total Sales Price) | $295.00 |
| **Balance of Sales Price** | $3,542.00 |
| **Number of Payments** | 18 |
| **Amount of Each Payment** (Balance of Sales Price divided by Number of Payments) | $196.78 |
| **Payment Date** (each month) (First due date no more than 45 days from sale date) | 11/27/2022 |
| **Final Payment Date** (Date of last Payment) | 4/27/2024 |

### Vehicle Information

Contract and Payment Plan Effective Date: 10/27/22
**Make:** HONDA
**Model:** Fit
**Year:** 2013          **Odometer:** 146,512
**VIN:** JHMGE8H3XDC070587
**Coverage Term:** (in months) 48
**Coverage Mileage:** (in Miles) 100,000
**Contract:** ELEMENT ENHANCED POWERTRAIN
**Contract No.:** MTREP853662
**Administrator:** MATRIX

This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by MATRIX ("Administrator"). This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program.

In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows:

(continued)

---

## Payment Plan Agreement Page 2

**Payment Option 1: Authorization for Credit Card Payment**
**Purchaser has paid to Seller the account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page 3 hereof, Purchaser promises to pay MEPCO the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page 3 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

**\*\*\*\*\*\_\*\*\*\*\*\_\*\*\*\*\*\_1336   12/23         MasterCard**
Credit Card Number                   Expiration Date (MM/YY)   Type of Card (MC, Visa, Amex, Discover)

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

**Payment Option 2: Authorization for Bank Account Direct Debit**
The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to instruct Purchaser's financial institution described below to make, the applicable number of consecutive monthly payments in the amounts and on the dates disclosed under Payment Plan Terms, from the account listed below, by electronic automatic debit of Purchaser's checking or savings account. This authority will remain in effect until such time as the Balance of Sales Price, together with all applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Bank Account Direct Debit Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____   _____   _____   ☐ Checking
Name of Financial Institution     Routing Number              Account Number        ☐ Savings
                                  (Must be 9 digits long)

I authorize charges to my bank account for the payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

**Payment Option 3: Monthly Bill**
The Balance of Sales Price may be paid directly by Purchaser in accordance with the Payment Plan Terms listed above. Purchaser shall receive a monthly bill and shall make payment on or before the Payment Date of each consecutive month until the Balance of Sales Price, together with all Applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Monthly Bill Termination Notice") from Purchaser. Purchaser shall send such payments to MEPCO at such address are set forth below.

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY INSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page 2 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's rights to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid.

See page 3 for additional terms and conditions.

## Payment Plan Agreement Page 3

If Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been adopted to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED. By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

**PURCHASER**     **DATE**    **10/27/22**

This Agreement sets forth the terms and conditions of the payment plan authorized by Purchaser by phone or other electronic means. See page 3 for instructions to cancel.

**PROMISE TO PAY:** In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, on behalf of Mepco, the Balance of Sales Price and all Applicable Charges shown on this Agreement (the "Total Sales Price") under Payment Plan Terms, subject to the provisions of this Agreement. Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION:** Purchaser has the right to cancel this Agreement at any time. Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice. In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, then pursuant to this Agreement, (b) MEPCO may cancel the Contract and this Agreement. After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement. **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract. It only cancels your payment plan. Coverage under your Contract will eventually be cancelled (in accordance with the terms of the Agreement) based on your nonpayment. However, you should contact the Seller or Administrator in order to immediately cancel your Contract.** Purchaser hereby assigns to MEPCO all of Purchaser's rights, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company. In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Charges earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY:** Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full. MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue any party for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES:** If any payment coming due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive a default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date. Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel

See page 4 for additional terms and conditions

---

## Payment Plan Agreement Page 4

**DEFAULT PAYMENT OPTION:** If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT:** Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT:** If (i) Purchaser fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity. MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE:** Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION:** Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will not result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY:** This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract. Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the due date of the first installment) upon written notice to Purchaser. In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement. Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT:** MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described. Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:** Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT.** The Purchaser understands and agrees that (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue, (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the

(See page 5 for additional terms and conditions)

Payment Plan Agreement Page 5

payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent, and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT:** MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect. The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law. Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law. If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof. Time is of the essence in this Agreement.

**MANDATORY ARBITRATION:** MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration: any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement or the Contract; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules; (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE:** This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles. Purchaser hereby conditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract. Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York. Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION:** PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND:** PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH. MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

7_12

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MARICEL FORTEZA

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO SE

## DEFENDANTS

VEHICLE SERVICE DEPARTMENT, et al

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED

APR 25 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                            *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine    Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product    Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury -    Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other   ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 77
Brief description of cause:
ILLEGAL TELEMARKETING

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
38,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                        DOCKET NUMBER

DATE
4/19/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT                  APPLYING IFP                  JUDGE                  MAG. JUDGE



**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

# UNITED STATES POSTAL SERVICE ®

## PRIORITY MAIL ®

U.S. POSTAGE PAID
PLANO, TX
AMOUNT
$9.80
R2305M 145281-10

- When used internationally, a customs declaration form is required.
- Limited international insurance.**
- USPS Tracking® included for domestic and many international destinations.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- Expected delivery date specified for domestic use.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE

**EXPECTED DELIVERY DAY: 04/22/23**

**USPS TRACKING® #**

9505 5127 3585 3111 4783 47

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ▪ INSURED**

PS00000133100

EP14 September 2021
OD: 15 x 11.625

FROM:
Maricel Furiza
3000 Custer Rd. Ste. 270-206
Plano, TX 75075

RECEIVED - 8

APR 25 2023

MAILROOM

TO:
United States District Court
1100 Commerce St.
Room 1452
Dallas, TX 75242

X-RAY

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE






DuPont™ Tyvek®
Protect What's Inside.™

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; March 2020; All rights reserved.