IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARICEL FORTEZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-cv-874-L-BN** |
| | § | |
| **VEHICLE SERVICE DEPARTMENT, et al.,** | § § | |
| Defendants. | § | |

## JUDGMENT

The court issues this judgment pursuant to its Order issued June 6, 2024 (Doc. 31). It is therefore **ordered, adjudged,** and **decreed** that Plaintiff Maricel Forteza's ("Plaintiff") claims against Defendants and this action are **dismissed without prejudice**; that Plaintiff take nothing against Defendants; each party shall bear their own costs[*]; and that all relief not granted is **denied**.

**Signed** this 6th day of June, 2024.

Sam A. Lindsay
United States District Judge

---

[*] Rule 54(d)(1) of the Federal Rules of Civil Procedure provides: "Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." Rule 54(d) creates a strong presumption that the prevailing party will be awarded costs. *Schwarz v. Folloder*, 767 F.2d 125, 131 (5th Cir. 1985). In this case, however, Plaintiff, the losing party, is pro se and does not have the means to pay full costs. Under these circumstances, the court does not believe that the imposition of costs against Plaintiff is warranted.

**Judgment – Solo Page**